## 34th JUDICIAL DISTRICT COURT PARISH OF ST. BERNARD

## STATE OF LOUISIANA

NO. 19-0300

DIVISION " " 

### DIANE S. ANGLADA

-versus-

### GERMANIA SELECT INSURANCE COMPANY, RANDY J. WILLIAMS, AND XYZ INSURANCE COMPANY

Filed: FEB 2 5 2019   12:30

_Randy S. Nunez_
Deputy Clerk

### PETITION FOR DAMAGES

The petition of **DIANE S. ANGLADA**, a person of the full age of majority and a resident of and domiciled in the Parish of St. Bernard, State of Louisiana, who with respect, represents:

I.

That made defendants herein are:

1. **GERMANIA SELECT INSURANCE COMPANY**, according to information and belief, a foreign insurance company authorized to do and doing business in the State of Louisiana who at all times pertinent herein issued a policy of liability insurance to defendant, **RANDY J. WILLIAMS**, listed as the owner and operator of the 2015 Ford F150, which on or about March 2, 2018 was in full force and effect and said insurance company is being sued herein under the Louisiana Direct Action Statute.

2. **RANDY J. WILLIAMS**, according to information and belief, a person of the full age of majority and a resident of and domiciled in the County of Shelby, State of Texas, who at all times pertinent herein, was covered under the insurance of **GERMANIA SELECT INSURANCE COMPANY**.

3. **XYZ INSURANCE COMPANY**, is which name is being used until the actual identity can be ascertained, according to information and belief, a foreign insurance company licensed to do and doing business in the State of Louisiana who at all times pertinent herein issued a policy of liability insurance to defendant, **RANDY J. WILLIAMS**, which on or about March 2, 2018 was in full force and

effect and said insurance company is being sued herein under the Louisiana Direct Action Statute.

II.

That on or about March 2, 2018 plaintiffs herein, **DIANE ANGLADA** was the owner and operator of a 2016 Honda Accord and was traveling eastbound on St. Bernard Highway in the Parish of St. Bernard, State of Louisiana, when she slowed for a vehicle turning ahead of her.

III.

That on the above date, defendant, **RANDY J. WILLIAMS**, was the owner and operator of a 2015 Ford F150 who was also proceeding on eastbound on St. Bernard Highway approaching the rear petitioner's vehicle, when he failed to notice the Plaintiff slowing down. This failure to maintain a proper lookout caused the defendant to violently strike the rear of the vehicle in which our plaintiff was operating, causing severe and painful personal injuries to plaintiff which injuries will be more fully set forth herein below.

IV.

That as a direct result of the above described accident, plaintiffs herein, **DIANE ANGLADA,** suffered pain, mental anguish and has suffered severe and painful personal injuries, including but not limited to severe headaches, lumbar spine pain, thoracic spine pain, cervical spine pain and thoracic spine sprain, etc... causing her to seek immediate medical attention.

V.

That the above described incident and subsequent damages and injuries sustained to plaintiff herein, occurred by no fault of plaintiff and that the sole and proximate cause of said incident and resultant damages and injuries sued upon herein resulted from the gross and wanton negligence of the defendant above named in the following particulars:

NEGLIGENT ACTS OF DEFENDANT, RANDY J. WILLIAMS:

1. Failure to stop;
2. Operating his vehicle in a careless and wanton manner;

3. Failing to see what he should have seen;

4. Failing to keep his vehicle under control at all times;

5. Failing to maintain a proper lookout;

6. Failing to take any steps to avoid the impending collision;

7. Failing to act as a reasonable and prudent person would under the same or similar circumstances;

8. Failing to use due care in the operation of his motor vehicle;

9. Failing to be attentive to his surroundings and failure to have due and proper regard of the safety of others;

10. Failing to act as a reasonable and prudent person would under the same of similar circumstances, and other acts of negligence which were in contravention of the exercise of due care, prudence and the laws of the State of Louisiana, which will be shown at the trial of this cause.

All of which said acts of negligence are in direct violation of the traffic ordinances of the Laws of the State of Louisiana, which said laws and ordinances are pled herein as if copied *in extenso*.

VI.

That as a direct and proximate result of the above described negligence and resulting collision, plaintiff herein has sustained monetary losses in the form of medical bills incurred in her care and treatment, including but not limited to, past, present and future physical pain and suffering, mental anguish, inconvenience, aggravation, lost wages and other out-of-pocket expenses which will be shown at the trial of this matter.

VII.

That petitioner is entitled to recover all damages as are reasonable in the premises in accordance with the law of Louisiana from the date of judicial demand until paid for defendant's violation of Louisiana Law including but not limited to, and pursuant to LA C.C. Art. 2315, 2316, 2317 and 2320.

VIII.

That petitioner prays that all expert fees incurred in proving the liability and damage issues be taxed as costs to the defendants.

IX.

Petitioner herein attaches hereto Interrogatories and Request for Production of Documents to be answer fully and completely within the time allowed by law.

**WHEREFORE**, petitioner, **DIANE ANGLADA**, prays that there be judgment herein in her favor and against the defendants, **GERMANIA SELECT INSURANCE COMPANY, RANDY J. WILLIAMS, and XYZ INSURANCE COMPANY**, jointly, severally and *in solido* in an amount to be determined by this Honorable Court, together with legal interest thereon from date of judicial demand until paid, and for all costs of these proceedings, including expert fees and all general and equitable relief.

Respectfully submitted:

**LAW OFFICES OF MICHAEL C. GINART, JR. & ASSOCIATES, L.L.C.**

_/s/ Michael C. Ginart, Jr._

MICHAEL C. GINART, JR. (LSB#18910)
JOYCE D. YOUNG (LSB# 25037)
NICHOLAS N.S. CUSIMANO (LSB#35733)
**JOHN C. GINART (LSB#38233)**
Counsel for Plaintiff
2114 Paris Road
Chalmette, Louisiana 70043
Telephone:  (504) 271-0471
Facsimile:   (504) 271-6293

**PLEASE SERVE:**

**GERMANIA SELECT INSURANCE COMPANY**
*Through the Long Arm Statute*
**Through the Chief Clerk Office**
333 Guadalupe
Austin, TX 78701

**RANDY J. WILLIAMS**
*Through the Long Arm Statute*
25000 FM 139
Shelbyville, TX 75973

A TRUE COPY
Randy S. Nunez
CLERK OF COURT
PARISH OF ST. BERNARD
STATE OF LOUISIANA
/s/ Hailey Hiers
DEPUTY CLERK

## 34th JUDICIAL DISTRICT COURT PARISH OF ST. BERNARD

### STATE OF LOUISIANA

NO. 19-0300

DIVISION " "

DIANE S. ANGLADA

-versus-

GERMANIA SELECT INSURANCE COMPANY, RANDY J. WILLIAMS, AND XYZ INSURANCE COMPANY

Filed: FEB 2 5 2019

_____
Deputy Clerk

### VERIFICATION

STATE OF LOUISIANA

PARISH OF ST. BERNARD

BEFORE ME, the undersigned authority, personally came and appeared:

### DIANE ANGLADA

who, after first being duly sworn did depose and say:

That she is the petitioner in the above and foregoing Petition for Damages;

That she has read the above and foregoing Petition and has found all of the allegations contained therein to be true and correct to the best of her knowledge, information and belief.

_____
DIANE ANGLADA

SWORN TO AND SUBSCRIBED BEFORE ME

THIS 25 DAY OF February, 2019.

_____
JOHN C. GINART, NOTARY PUBLIC
LSBR # 38233
My Commission is for Life.

JOHN C. GINART
Notary Public
Bar Roll No. 38233
St. Bernard Parish, Louisiana